842 A.2d 918

**CORNERSTONE FAMILY SERVICES, INC., Appellant**

**v.**

**BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS, Appellee,**

**and**

**Pennsylvania Funeral Directors Association, Intervenor.**

Supreme Court of Pennsylvania.

Jan. 22, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of January, 2004, the Order of the Commonwealth Court is hereby AFFIRMED.